2018CR06644

e-filed 10/6/2020 8:33 AM

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA


Tiki Brown
Clerk of State Court
Clayton County, Georgia
Jennifer Riddle

State of Georgia

VS.

CASE NO. 2018CR06644-D-I, 2018CR06644-D-IV, 2018CR06644-D-V, 2018CR06644-D-VI, 2018CR06644-D-VII, 2018CR06644-D-VIII

Charles Goodwine Jr
Defendant.

### PETITION FOR REVOCATION OF PROBATION

Defendant entered a plea or was convicted of the offense(s) of COUNT I- DRIVING UNDER INFLUENCE COUNT IV- STRIKING FIXED OBJECT H&R COUNT V- STRIKING FIXED OBJECT H&R COUNT VI- IMPROPER LANE CHANGE COUNT VII- STOP OR YIELD SIGN VIOLATION COUNT VIII- STOP OR YIELD SIGN VIOLATION on the 14th day of December, 2018, and was sentenced to 24 MONTHS on probation according to the sentence on file in the record of this case. The Defendant has 2 months and 10 days remaining on probation. This sentence WAS/WAS NOT tolled.

THE DEFENDANT HAS VIOLATED THE TERMS AND CONDITIONS OF PROBATION IN THE FOLLOWING PARTICULARS:

**FAILURE TO AVOID INJURIOUS AND VICIOUS HABITS-** The defendant failed avoid injurious and vicious habits as evidenced by the defendant testing positive for Alcohol on or about 09/14/2020 during surveillance visit.

### ORDER

WHEREFORE, the State of Georgia prays that this Petition be served upon the defendant and that the defendant be directed to appear before this Court on a day certain for a hearing thereon.

This _____ day of _____, 2020

Shonda Gilkey
Shonda Gilkey, Probation Officer

### NOTICE OF HEARING

Notice is hereby given to Defendant to appear on the _____ day of _____, 2020 at 8:30 a.m. for a hearing on the above Petition to Revoke Probation, Courtroom _____. *Failure to appear may result in the issuance of a warrant for your arrest.*

This _____ day of _____, 2020

_____
The Honorable MARGARET L. SPENCER

### ACKNOWLEDGEMENT OF SERVICE

I hereby acknowledge service of the foregoing Petition and Notice of Hearing. I understand that I am entitled to legal representation at the hearing.

I hereby waive three days' notice of said hearing (if hearing less than three days from acknowledgement of service).

This _____ day of _____, 2020

_____        _____
Attorney                                                                Charles Goodwine Jr