IS# 0683902

01/04/2020 12:41 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Brenda Castaneda

# ARREST WARRANT FOR PROBATIONER *Tiki Brown*

| | | |
|---|---|---|
| **STATE OF GEORGIA** | **COURT** | **DUI COURT** |
| **VS.** | **CHARGES** | **COUNT I- DRIVING UNDER INFLUENCE COUNT IV- STRIKING FIXED OBJECT H&R COUNT V- STRIKING FIXED OBJECT H&R COUNT VI- IMPROPER LANE CHANGE COUNT VII- STOP OR YIELD SIGN VIOLATION COUNT VIII- STOP OR YIELD SIGN VIOLATION** |
| **CHARLES GOODWINE JR** | **DOCKET NO** | **2018CR06644-D-I, 2018CR06644-D-IV, 2018CR06644-D-V, 2018CR06644-D-VI, 2018CR06644-D-VII, 2018CR06644-D-VIII** |

TO THE SHERIFF OF THE ABOVE NAMED COUNTY OR OTHER LAW ENFORCEMENT OFFICER OF THE STATE:

Under authority of the Georgia Statewide Probation Act, you are hereby commanded to take the body of
**CHARLES GOODWINE JR** currently **AT LARGE**

Of the following address:

And safely keep him/her until he/she may be returned to this court, there to answer to a charge violation of the following conditions of probation:

> **Failure to Avoid Injurious and Vicious Habits**

Probationer is charged with violation of said conditions, in willful disregard of a court order, specifically as follows:

1. The defendant has tested positive for Alcohol on or about 9/14/20 during home visit. The defendant reregistered a .122 on the breathalyzer.

Sworn to me and subscribed this ___16___ day of ___Sept___, 2020

_____ (SEAL)

_Darrius Austin_   **FOR**
SHONDA GILKEY, PROBATION OFFICER

So Ordered and Issued On This ___16___ Day Of ___Sept___, 2020

_____
THE HONORABLE MARGARET L. SPENCER

9.24.20
ADF2727