CLAYTON COUNTY SHERIFF'S OFFICE
RELEASE DATE NOTIFICATION

Inmate Name CHARLES HENRY GOODWINE JR                    LE Number 0633902

You have been sentenced to serve time in the Clayton County Detention Facility on the following cases:

| Case Number | Offense | | Date of Sentence | Payment Due | Time to Serve |
|---|---|---|---|---|---|
| 2018CR06644 | 00 0010D | VIOL OF PROB | 1/04/2021 | | 70 |

Time to Serve Begins..... 9/23/2020
Total Time to Serve...... 70 days
Release Date............. 12/01/2020

Scheduled Release Date... 12/01/2020    *Today*

Based on the above your release date has been set for

Issued: 1/04/2021           By: _____
                                JLL8267)
                                Classification Officer/Clerk

1/4/21 @ 1632