## CLAYTON COUNTY SHERIFF'S OFFICE
## INMATE CLASSIFICATION ACTIVITY LOG



GOODWINE
CHARLES HENRY JR
LE# 0633902
DOB [REDACTED] 1965

| DATE | COMMENTS |
|---|---|
| 9/22/20 | Bon Gw, Booked, JBK, 2casaroom 2018CR06644 mw 28862 |
| 9/24/20 | PRT/Faxed Jail hist to M&d Prob/ADF2719? |
| 1/4/21 | 2018CR06644 - 2 mths 10 days then case closed. @ 24h |