```
9/23/2020  15:33        CLAYTON COUNTY SHERIFF'S OFFICE           PAGE    1
                   INMATE FILE PRINTOUT - ARREST / BOOKING REPORT
```

Inmate Name | | | | | | | LE# Nbr
GOODWINE, CHARLES HENRY JR | | | | | | | 0633902

| D.O.B | Age | Race | | Gender | Eyes | Hair | Wgt | Hgt |
|---|---|---|---|---|---|---|---|---|
| 1965 | 55 | BLACK | | MALE | BROWN | BLACK | 202 | 601 |

| SSN | CCID# | STID# | | FBI# | NCIC Classification | | | |
|---|---|---|---|---|---|---|---|---|
| | 120569 | 1100161M | | 919084PA6 | DO TT TT 08 06 20 11 TT 07 11 | | | |

Current Address/Telephone                    Driver's License/State

Place of Birth
SAVANNAH, GA

Alias Name                    D.O.B        SSN

| OBTS Number | Arresting Officer | Agency |
|---|---|---|
| 2020AN14731 | GAINES CARL JAMES SGT | Clayton County Sheriff (FOD) |

| Docket/Dsp | Offense | | Date | Warrant Prop Bond | OBTS Number Cash Bond |
|---|---|---|---|---|---|
| 202025904 JBK | 00 0010D | VIOL OF PROB | 9/16/2020 | 2018CR06644 | 2020AN14731 |

*(handwritten notes)* TSR PSR 1/6/21  5604 NH  NB NW  $2650 CH  OTPr  JGray 2180g  #25050 01-06-21

| Holds Agency | Charge | Warrant Number | Officer | Phone Number |
|---|---|---|---|---|

GOODWINE CHARLES HENRY JR
LE# 0633902
DOB 1965

| Pod/Cell | Class | ISC | LDS | STS | BIN | Date |
|---|---|---|---|---|---|---|
| H WAIT | NV | MED | N | PTF | | 9/23/2020 |

Booking Officer
WOODS, M. M.

R&I Tech.

I hereby authorize the sheriff, his jailer or deputies to open and inspect all
mail matter or packages which may be addressed to me as long as I am a prisoner
in his custody.

Date                    Prisoner's Signature

**ARREST/BOOKING REPORT**

| AGENCY ID | TIME | | CASE NUMBER | SUFFIX |
|---|---|---|---|---|
| *0A* | 0473 | | | |

**PERSONAL DATA**

DEFENDANT NAME (LAST, FIRST, MIDDLE): Goodwine, Charles Sr.
RACE: B   SEX: M   DATE OF BIRTH: 65   PLACE OF BIRTH: GA

AGE: 58   HEIGHT: 601   WEIGHT: 190   HAIR: BLK   EYES: Bro
SOCIAL SECURITY NUMBER: ___   VISIBLE SCARS: ___   OCA/CX: ___   DOCKET NUMBER: ___

ADDRESS - NUMBER AND STREET: ___   CITY AND STATE: Morrow GA   PHONE NUMBER: 044

ALIAS: ___   DRIVERS LICENSE NUMBER: ___   STATE: ___

EMPLOYER OR OCCUPATION: ___   ARRESTING AGENCY: CCPO   ARRESTING OFFICER: T. Gaines   NUMBER: 2309?

BOOKING OFFICERS NAME: ___   NUMBER: ___   FINGERPRINTED/PHOTOGRAPHED BY: ___   NUMBER: ___   CURRENT DATE: 09 23 20

DATE OF ARREST: 092320   TIME: 1448   LOC CODE: ___   LOCATION: 9151 Tara Blvd Jonesboro GA

OFFENSE DATE: ___   GO NUMBER: ___   FBI NUMBER: ___   AGENCY ID NUMBER: ___

**CHARGE / LOCATION / BOND / DISPOSITION**

| | COUNTS | A | COUNTS | B | COUNTS | C |
|---|---|---|---|---|---|---|
| CHARGE I.D. | V/ | | | | | |
| CHARGE | VOP | | | | | |
| STATUTE | 2017CR06644 | | | | | |

| | CITY COUNTY | STATE | OUT OF STATE | UNK | CITY COUNTY | STATE | OUT OF STATE | UNK | CITY COUNTY | STATE | OUT OF STATE | UNK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFENSE (AT OR NEAR SCENE) | | | | | | | | | | | | |
| ARREST | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| BOND AMT. | | | | |
| BOND TYPE | | | | |
| RET. DATE | | | | |
| BOND CO. | | | | |

| | DAYS | AMOUNT | DAYS | AMOUNT | DAYS | AMOUNT |
|---|---|---|---|---|---|---|
| SENTENCE | | | | | | |
| TIME SERVED | | | | | | |
| GOOD TIME | | | | | | |
| BALANCE | | | | | | |
| PAID | | | | | | |
| RECPT. NO. | | | | | | |
| RETURNED | | | | | | |
| RECPT. NO. | | | | | | |

| CELL NUMBER | TRANSFER | REASON |
|---|---|---|
| | | |

**MEDICAL**

ANY KNOWN ALLERGIES ___ IF YES, WHAT ___
ANY HISTORY OF HEART DISEASE ___ DIABETES ___ EPILEPSY ___ HIGH BLOOD PRESSURE ___
IS SUBJECT NOW UNDER DOCTORS CARE AND/OR TAKING ANY MEDICATIONS ___ IF YES, WHAT ___

**DRUG**

ANY SIGNS/HISTORY OF DRUG USE?  ☐ YES  ☐ NO   IF YES, INDICATE TYPE(S):
☐ 1 - AMPHETAMINE   ☐ 2 - BARBITURATE   ☐ 3 - COCAINE   ☐ U - UNKNOWN
☐ 4 - HALLUCINOGEN   ☐ 5 - HEROIN   ☐ 6 - MARIJUANA
☐ 7 - METHAMPHETAMINE   ☐ 8 - OPIUM   ☐ 9 - SYNTHETIC NARCOTIC

| RELEASE DATE | TIME | RELEASING OFFICER - LAST NAME | NUMBER | AGENCY RELEASED TO |
|---|---|---|---|---|
| | | | | |

SIGNATURE OF RECEIVING OFFICIAL   X ___ LIST ANY REMARKS BELOW

DEFENDANTS PERSONAL PROPERTY RECEIPT   TOTAL CASH AT TIME OF ARREST $ ___

| QTY. | ITEM | QTY. | ITEM |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I HEREBY STATE THAT THE PROPERTY LISTED ABOVE CONSTITUTES ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.

X ___
DEFENDANTS SIGNATURE AT TIME OF ARREST   WITNESS

I HEREBY STATE THAT THE ABOVE LISTED PROPERTY WAS RETURNED TO ME IN SATISFACTION OF ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST, ON THE DATE OF MY RELEASE

X ___