| | |
|---|---|
| **From:** | Clayton County Public Records Center |
| **To:** | doc@sanchezhayeslaw.com |
| **Subject:** | [Records Center] Public Records Request - GORA :: R006758-102022 |
| **Date:** | Thursday, December 15, 2022 2:21:10 PM |

--- Please respond above this line ---



RE: PUBLIC RECORDS REQUEST of October 20, 2022., Reference # R006758-102022.

Dear Christopher Upshaw,

Clayton County has received a public information request from you on October 20, 2022. Your request mentioned:

**"All procedures, protocols, policies, or other written instruction and/or guidance detailing release of inmates from custody at the Clayton County Jail (CCJ). This shall include, but not be limited to, all such release policies whether they pertain to release of inmates on bond or release of inmates who have completed their county jail sentence. This request shall apply to those policies in effect from August 1, 2020 through and including January 31, 2021.**

**A list of all persons working at the CCJ and/or Clayton County Sheriff's Office who were in charge of reviewing and carrying out the release of inmates, whether for bond or for having completed their sentence. This request shall apply to those persons in charge of same from December 1, 2020 through January 10, 2021."**

--begin custom response here---   Please be advised that the Sheriffs Office has supplied you with the information we have for your request. The Names of who was in charge  ( Non Responsive Documents ) The entire facility handle and carries this task as a whole.

Respectfully,

If you have any questions or need additional information, please feel free to contact my office at 6784795398.

Sincerely,

Kali Huitt
Sgt. K. Huitt
Sheriff's Office

To monitor the progress or update this request please log into the Clayton County Public Records Center

