# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Charles Gooodwine | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:23-cv-00057-ELR |
| Victor Hill et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
|    Defendants. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE AND, in the alternative, MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE

Comes now Plaintiff, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and pursuant to this Court's June 2, 2023 Order, and shows as follows.

This complaint was filed on January 5, 2023 (Doc. 1). On a phone call for another matter on or about February 27, 2023, counsel spoke with Ali Sabzevari, an attorney with whom counsel has worked in the past and who he knows regularly to represent (former) Sheriff Hill and the Clayton County Sheriff's Office and its employees in civil rights litigation. He informed Sabzevari that he had recently filed the instant lawsuit and requested Sabzevari to check with the Defendants about waiving service. On March 9, 2023, counsel emailed the complaint and proposed waivers to Sabzevari and his colleague, Jack Hancock, who also routinely represents

1

CCSO. (Exhibit 1). Having received no response, Counsel followed up with both attorneys on March 22, 2023. (*Id.*). That same day, Sabzevari responded, stating "I am checking on these to see who all is employed with the Sheriff of Clayton County and will report back". (*Id.*). Counsel did not receive a report back from either attorney and, accordingly, followed up on May 25, 2023. (*Id.*); neither attorney responded to that email. (*Id.*). After receiving notice of the Court's Order to Show Cause on June 5, 2023, counsel again followed up with Sabzevari and Hancock only to be told that Sabzevari did not authority to accept service "for all eighteen people", but requesting a call to discuss the case. (*Id.*). Counsel responded moments later inquiring whether Sabzevari or Hancock could accept service on behalf of *any* of the Defendants; to date, counsel has received no response. (*Id.*).

After nearly three months of relying on Sabzevari and/or Hancock to waive service for some or all defendants, or to timely advise what they could or could not do, Counsel hired process servers on June 5, 2023. As of the date of this filing, the following defendants have been served with process: Victor Hill, Roland Boehrer, Terrance Gibson, Levon Allen, Antonia Fitzpatrick (A.D.F.), Corey Smart, Marcella Woods (M. M. Woods), and Jennifer Ley (J.L.L)[1]. (Docs. 6-7). Moreover, based on

---

[1] As of the time of this filing, counsel has already filed executed returns of service for Hill, Allen, Fitzpatrick, Smart, and Woods; counsel's process server has told him that Gibson, Boehrer, and Ley's returns/affidavits are forthcoming. Those will be filed immediately upon receipt.

discussions with process server John Byer, counsel expects to have many if not all of the remaining defendants served in the near future. For example, in the case of Derek Doyle[2], he now works for the City of Jonesboro Police Department and will be in on Wednesday, June 14, at which time service will be attempted again. Likewise, Courtland Broussard is expected to be on duty tonight, June 12, at the Clayton County Jail and counsel expects to be able to serve him quickly. As for the remaining defendants, counsel continues to endeavor to serve them (specifically, but not limited to, Green, Smith, Brown, Johnson, Gray) and may need additional time to do so.

Counsel relied to his and his client's detriment on the representation that known Clayton County counsel would attempt to locate these defendants per their duty under Rule 4 and spare the substantial time and expense that counsel has now incurred. Based on that misplaced reliance and the difficulty it has caused in perfecting service, counsel moves this Court to extend the period within which to effect service on the remaining defendants through and including July 12, 2023, or to any date in the future that the Court sees fit.

---

[2] See forthcoming Affidavit of Non-Service explaining Doyle's availability and work schedule

This 12th day of June, 2023.

/s/ Christopher M. Upshaw
Georgia Bar No. 557562
***Counsel for Plaintiff***

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
(770) 692-5020 *telephone*
(770) 692-5030 *facsimile*
doc@sanchezhayeslaw.com

## FONT CERTIFICATION

Pursuant to Local Rule for the Northern District of Georgia 7.1(D), the undersigned hereby certifies that this Complaint was prepared using Times New Roman font, 14-point, as approved by this Court.

This 12th day of June, 2023.

/s/ Christopher M. Upshaw
Georgia Bar No. 557562
*Counsel for Plaintiff*

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
(770) 692-5020 *telephone*
(770) 692-5030 *facsimile*
doc@sanchezhayeslaw.com

## CERTIFICATE OF SERVICE

I certify that I have this day filed the above Motion with the Court's CM/ECF system, which will automatically serve an electronic copy of same upon all parties of record or their counsel.

This 12th day of June, 2023.

/s/ Christopher M. Upshaw
Georgia Bar No. 557562
*Counsel for Plaintiff*

SANCHEZ HAYES & ASSOCIATES, LLC
1015 Tyrone Road, Suite 620
Tyrone, Georgia  30290
(770) 692-5020 *telephone*
(770) 692-5030 *facsimile*
doc@sanchezhayeslaw.com